```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                  AUG 12, 2014

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY:      PMC      DEPUTY
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan Moreno,<br><br>    Plaintiff,<br><br>  v.<br><br>Amerigas, LLC, a California Limited Liability Company; Ammexx II, a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:14-CV-00913-SVW-SH<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON**<br><br>JS-6 |

### ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The Magistrate judge shall retain jurisdiction over all disputes between (among) the parties arising out of the settlement agreement, including but not limited to interpretation and enforcement of the terms of the settlement agreement.

Dated: 08/12/2014

*/s/ Stephen V. Wilson*

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE